IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS, an Illinois Not-For-Profit Corporation, <br><br>and<br><br>AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS WELFARE BENEFIT PLAN, <br><br>          Plaintiffs,<br><br>v.<br><br>THE INVERNESS GROUP, INC., an Illinois Corporation, <br><br>and<br><br>JAMES M. BRODERICK,<br><br>          Defendants. | Case No.: 1:21-cv-1416<br><br>Hon. Edward E. Chang |

## **MOTION TO DISMISS WITH PREJUDICE**

NOW COMES Plaintiffs American Academy of Orthopaedic Surgeons and American Academy of Orthopaedic Surgeons Welfare Benefit Plan and state to this Court that all matters in controversy between them and Defendants The Inverness Group, Inc. and James M. Broderick have been resolved. Accordingly, Plaintiffs respectfully move this Court, pursuant to Federal Rule of Civil Procedure 41(a)(2), to dismiss Plaintiffs' Complaint, including the claims asserted therein, with prejudice, each of Plaintiffs and Defendants to bear their own fees and costs.

1

Dated: May 3, 2021

        Respectfully submitted,

        <u>/s/ Michael F. Tomasek</u>

        Michael F. Tomasek
        TOMASEK LAW OFFICE, LLC
        195 N. Front Street, Suite A
        Braidwood, IL 60408

        *Attorney for Plaintiffs American Academy of Orthopaedic Surgeons and American Academy of Orthopaedic Surgeons Welfare Benefit Plan*